# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA vs. Jose E. Serrano-Espinoza etal | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jose Serrano-Espinoza, Rogelio Soberanis, Rosalio Soberanis, Marinao Lopez, Roberto Carlos Silva Lopez, Hector Urbina and Reuben Romo. The Government's Motion to seal Criminal Complaint and Warrants until the arrests of the defendants, but not later than 4/2/08 is granted.

See attached order for further detail.

| | Courtroom Deputy Initials: | AC |
|---|---|---|