# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241 - all | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. Jose E. Serrano-Espinoza | | |

**DOCKET ENTRY TEXT**

Government's motion for an order directing that certain materials be disclosed to the defense pursuant to a protective order is granted. *AK*

See attached order for further detail.

Docketing to mail notices.

00:13

| | Courtroom Deputy Initials: | AC |
|---|---|---|