# United States District Court

NORTHERN DISTRICT OF ILLINOIS

**FILED**
APR 10 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

JOSE EDUARDO SERRANO-ESPINOZA

## WARRANT FOR ARREST

CASE NUMBER: 08-CR-241(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jose Eduardo Serrano-Espinoza
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, mixtures and substances containing heroin, and marijuana, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2.

| Arlander Keys | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Arlander Keys | 03/24/2008   Chicago, Illinois |
| Signature of Officer | Date and Location |

Bail fixed at $ _____     by _____
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Chicago, IL |

| DATE RECEIVED 3-24-08 | NAME AND TITLE OF ARRESTING OFFICER Michael E. Melton Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-25-08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest