Order Form (06/97)

# United States District Court, Northern District of Illinois

08 GJ 909

NF

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0241 | DATE | JUNE 17, 2008 |
| CASE TITLE | US v. JOSE EDUARDO SERRANO-ESPINOZA, et al (SEE ATTACHED) | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

## GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL FEBRUARY 2008-1___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ___Arlander Keys___

DOCKET ENTRY:

~~JUDGE MANNING~~

MAGISTRATE JUDGE KEYS

NO BOND SET, DETAINED BY MAGISTRATE AS TO JOSE SERRANO-ESPINOSA, ROSALIO SOBERANIS, MARIANO LOPEZ, and ROBERTO CARLOS LOPEZ. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ROGELIO SOBERANIS and HECTOR URBINA. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO REUBEN ROMO.

**FILED**
JUN 17 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE         UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #

UNITED STATES OF AMERICA

v.

JOSE EDUARDO SERRANO-ESPINOZA,
    aka "Gato," and "Negro,"
ROGELIO SOBERANIS,
ROSALIO SOBERANIS, aka "Chalillo,"
MARIANO LOPEZ,
ROBERTO CARLOS SILVA LOPEZ,
    aka "Shorty,"
HECTOR URBINA,
    aka "Papa Noa," "Toro," and "Roman," and
REUBEN ROMO,
    aka "Papa," "Joe," "David," and "Texan"