## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241-1 | **DATE** | 6/23/08 |
| **CASE TITLE** | USA v. Jose Eduardo Serrano-Espinoza | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 6/27/08. Pretrial motions to be filed by 7/11/08. Responses to pretrial motions are due by 7/25/08. replies thereto due by 8/8/08. Status hearing set before Judge Manning on 8/12/08 at 11:00 a.m. Time is excluded pursuant to 18:3161(h)(1). Status hearing set for 6/25/08 at 1:30 p.m. for this defendant only for the reasons stated on the record. The Defendant is ordered detained until further order of court. Xt1 /AK

Docketing to mail notices.

00:07

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|