UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 08 CR 241 |
| | ) | |
| JOSE EDUARDO SERRANO-ESPINOZA, | ) | Judge Manning |
| ROGELIO SOBERANIS, | ) | |
| ROSALIO SOBERANIS, | ) | |
| MARIANO LOPEZ, | ) | |
| ROBERTO CARLOS SILVA LOPEZ, | ) | |
| HECTOR URBINA, | ) | |
| REUBEN ROMO | ) | |

**NOTICE OF GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, July 31, 2008, at 11:00 a.m., or as soon thereafter as I may be heard, I shall then and there present the GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME, filed on this date, before Judge Manning, in courtroom 2125 of the Federal Dirksen Building, 219 S. Dearborn, in Chicago, Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   *S/ Sheri H. Mecklenburg*
     Sheri H. Mecklenburg
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 469-6030

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the **NOTICE OF GOVERNMENT'S MOTION FOR EXTENSION OF TIME** was served on July 25, 2008, in accordance with Fed. R. Crim. P. 49 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    *s/ Sheri H. Mecklenburg*
Sheri H. Mecklenburg
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois   60604
(312) 469-6030