UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                        Case No.: 1:08–cr–00241
                                                               Honorable Blanche M. Manning

Jose Eduardo Serrano–Espinoza, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Government's motion for extension of time to 8/1/2008 to file its response to defendants' pretrial motions [72] is granted as to Jose Eduardo Serrano–Espinoza (1), Rogelio Soberanis (2), Rosalio Soberanis (3), Mariano Lopez (4), Roberto Carlos Silva Lopez (5), Hector Urbina (6), Reuben Romo (7). Defendants' replies to be filed by 8/15/2008. Status hearing set to 8/12/2008 to stand. Time excluded to 8/15/2008 pursuant to 18:3161 (h)(1)(F). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.